FILED AH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2019 NOV 27 A 11: 44

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA, )
)
v. ) No. 1:19MJ505
)
EVELYN V. LEWIS, )
) Court Date: December 2, 2019
)
Defendant. )

CRIMINAL INFORMATION

COUNT I (Misdemeanor 6427639)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 6, 2019, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, EVELYN V. LEWIS, did unlawfully, knowingly, and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance. (In violation of Title 21, United States Code, Section 844(a).)

COUNT II (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 6, 2019, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, EVELYN V. LEWIS, did go upon a military installation for a purpose prohibited by law, to wit: knowingly, and intentionally entering Fort Myer while in possession of a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 18, United States Code, Section 1382)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *[signature]*
Andy Brunher-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

EVELYN V. LEWIS
4714 Briggs Rd
Fairfax, VA 22030

By: *(signature)*
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov